UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-01506
Ibis Villalobos )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

## Order Modifying Confirmed Plan

This matter coming to be heard on the Debtor's Motion to Modify Confirmed Plan, this Court having jurisdiction with due notice having been given, it is hereby ordered that $3,900.35 of the 2016 income tax refund is waived and any remaining default is deferred.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 27, 2017

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603